DATE: 8-13-2004     AT: 3:00

BEFORE JUDGE JOANNA SEYBERT:

ORDER TO SHOW CAUSE

DOCKET NUMBER: CV 76-1869 & 77-1881

TITLE: WHITE -V- NASSAU CO. & U.S. -V- NASSAU CO.

APPEARANCES:

FOR PLAINTIFF(S):_____

FOR DEFENDANT(S): TATUM FOX (COUNTY DEFENDANTS)
              HARRY GREENBERG (P.B.A. DEFENDANT)

REPORTER: ___P. AUERBACH   ___E. COMBS   ___P. LOMBARDI
          ___H. RAPAPORT   __M. STEIGER    ___D. TURSI    X  O. WICKER

 X   CASE CALLED.

___  COUNSEL FOR ALL SIDES PRESENT.

 X   COUNSEL FOR PLAINTIFFS    NOT PRESENT.

___  HEARING HELD; WITNESS(ES) CALLED.

___  DISCOVERY TO BE COMPLETED BY_____

___  PARTIES TO COMPLETE_____
         BY THE NEXT CONFERENCE OR BY_____

___  NEXT CONFERENCE SET FOR_____

___  CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
         FOR_____

___  MOTIONS TO BE FILED BY_____

___  JURY SELECTION SET FOR_____

___  TRIAL SET FOR_____

 X   OTHER: ARGUMENT HEARD.  COURT GRANTS NASSAU COUNTY'S
         APPLICATION TO EXTEND DATE OF PROMOTION LIST.  ORDER ISSUED.