U.S. Department of Justice

Civil Rights Division

DJP

---

DJP:JMG:WBF:LL:ll
170-51-65

*Employment Litigation Section*
*Patrick Henry Building*
*Civil Rights Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

August 11, 2004

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★ AUG 1 1 2004 ★

LONG ISLAND OFFICE

**VIA FACSIMILE**

The Honorable Joanna Seybert
United States District Court for the
  Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

　　　　Re:　United States v. Nassau County, et al.
　　　　　　(E.D.N.Y. 77-CV-1881) (JS)

Dear Judge Seybert:

　　　Pursuant to the Court's request, we submit this letter expressing the United States' consent with Nassau County's August 11, 2004 application for entry of an order extending the time within which it may use the current list of officers eligible for promotion to the rank of sergeant. In addition, we waive our appearance for the show cause hearing scheduled for August 13, 2004 at 3:00 pm.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　David J. Palmer
　　　　　　　　　　　　　　　　　　　Chief
　　　　　　　　　　　　　　　　　　　Employment Litigation Section

　　　　　　　　　　By:　*Louis Lopez*
　　　　　　　　　　　　　　Louis Lopez
　　　　　　　　　　　　　　Attorney
　　　　　　　　　　　　　　Employment Litigation Section

cc:　Tatum Fox, Esq.



U.S. Department of Justice

Civil Rights Division

*Employment Litigation Section*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20035*

# FAX TRANSMITTAL SHEET

|  |  |  |
|---|---|---|
|  |  | **Date:** 8/11/2004 |
| **To:** | **Name:** | The Honorable Joanna Seybert |
|  | **Organization:** | U.S. District Court for the Eastern District of New York |
|  | **FAX No:** | 631-712-5611 |
|  | **Off. Phone:** | 631-712-5610 |
| **From:** | **Name:** | Louis Lopez |
|  | **Organization:** | U.S. Department of Justice, Employment Litigation Section |
|  | **FAX No:** | (202) 514-1105 |
|  | **Off. Phone:** | (202) 353-1845 |
| **Subject:** | *United States v. Nassau County et al.* | |

Number of pages transmitted (including this sheet): 2
( 30 Pages maximum )

