

90 MERRICK AVENUE
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

MICHAEL C. AXELROD
PARTNER
DIRECT DIAL: 516.296.7172
maxelrod@certilmanbalin.com

*   AUG 13 2004   *   August 12, 2004

The Honorable Joanna Seybert   LONG ISLAND OFFICE
United States District Court for the
 Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

     Re:  <u>United States v. Nassau County, et al.</u>
          <u>(E.D.N.Y. 77 - CV-1881) (JS)</u>

Dear Judge Seybert:

    Pursuant to the Court's request, I hereby submit this letter as the attorney for the Nassau County Superior Officers Association, a defendant in the above-referred matter, as consent with Nassau County's August 11, 2004 application for entry of an order extending the time within which it may use the current list of officers eligible for promotion to the rank of sergeant. In addition, we waive our appearance for the show cause hearing scheduled for August 13, 2004 at 3:00 P.M. However, Jennifer Bentley, a law school graduate awaiting the results of her Bar Exam, will be present as an observer.

    Thank you for all courtesies extended in this matter.

                                      Very truly yours,

                                      Michael C. Axelrod

MCA:sjm

cc:    David J. Palmer, Chief
       Employment Litigation Section

       Tatum Fox, Esq.
       Office of the Nassau County Attorney

iManage:1595222.1

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: 1393 VETERANS MEMORIAL HWY., SUITE 301S, HAUPPAUGE, NY 11788 • PHONE: 631.979.3000 • FAX: 631.979.7070