| | | |
|---|---|---|
| **THOMAS R. SUOZZI**<br>County Executive |  | **LORNA B. GOODMAN**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
**Ralph G. Caso Executive and Legislative Building**
**One West Street**
**Mineola, New York 11501-4820**
**516-571-3044**
**FAX:  516-571-3058**

December 20, 2004

**VIA ECF and REGULAR MAIL**

Honorable Joanna Seybert
United States District Judge
Unites States District Court for the
Eastern District of New York
P.O. Box 9014
100 Federal Plaza
Central Islip, New York 11722-4438

       Re: *United States v. Nassau County, et al.*
          Civil Action No. 77 CV 1881

Dear Judge Seybert:

This office represents defendant Nassau County in the above referenced action.

Please allow this correspondence to serve as an update to the Court regarding the preparation of the examination to establish an eligible list of candidates for promotion to the rank of sergeant in the Nassau County Police Department, per your Order, dated August 13, 2004.

AON Consulting, Inc. is developing the examination, and as more fully set forth below, has completed the tasks necessary for preparing the examination.  The examination is projected to be ready for review by Nassau County in mid-January.

A status meeting was held on December 16, 2004, which was attended by representatives from AON, the Nassau County Police Department, the Nassau County Civil Service Commission, and this office.  Discussed at the meeting, *inter alia*, were the following tasks necessary to prepare the examination:

- job-analysis of the position of sergeant within the Nassau County Police Department completed;
- examination topics identified and rated for importance and level of necessary recall;
- "link" between a specific task and a specific knowledge topic have been defined;

*United States v. Nassau County, et al.*
December 20, 2004
Page 2

- study guide drafted for print, scheduled to be delivered to the Police Department for distribution on or before the week of January 3, 2004.

As stated, the examination is projected to be ready for review by Nassau County in mid-January. Should the Court require any additional information, please contact the undersigned.

Respectfully submitted,


Tatum J. Fox (TF 5905)
Deputy County Attorney

cc:   VIA FACSIMILE and REGULAR MAIL

John M. Gadzichowski, Esq.
Special Litigation Counsel
U.S. Department of Justice
Civil Rights Division-Employment Litigation Section
Attorney for Plaintiff United States
Patrick Henry Building
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20539
Facsimile Number-202-514-1105

Harry Greenberg, Esq.
Law Offices of Solomon Richman Greenberg P.C.
Attorney for the Police Benevolent Association of
Nassau County, Inc.
3000 Marcus Avenue
Lake Success, NY 11042
Facsimile Number- 516-437-6434

Michael Axelrod, Esq.
Certilman Balin
Attorney for the Superior Officer's Association
of Nassau County, Inc.
90 Merrick Avenue
East Meadow, NY 11554
Facsimile Number- 516-296-7111