

**Nassau County**     **Police Department**

THOMAS R. SUOZZI
COUNTY EXECUTIVE

1490 Franklin Avenue
Mineola, New York  11501
(516) 573-7000

JAMES H. LAWRENCE
COMMISSIONER

April 5, 2007

**VIA ECF and REGULAR MAIL**

Honorable Joanna Seybert
United States District Judge
United States District Court for the
Eastern District of New York
P.O. Box 9014
100 Federal Plaza
Central Islip, New York  11722-9014

                Re:    *United States v. Nassau County, et al.*
                       Civil Action No. 77 CV 1881

Your Honor:

Please allow this correspondence to serve as an update to the Court regarding the administration of an entrance examination to establish an eligible list of candidates for the position of Police Officer in the Nassau County Police Department.

AON Consulting, Inc. is developing the examination, and is in the process of implementing the steps necessary to prepare the examination. The examination is scheduled for August 13 through August 18, 2007. The current Civil Service list for the position of Police Officer expires in March, 2008.

Should the Court require any additional information, please contact the undersigned at (516) 573-7210.

Respectfully submitted,


Tatum J. Fox (TF 5905)
Deputy County Attorney

cc:     VIA FACSIMILE and REGULAR MAIL

        John M. Gadzichowski, Esq.
        Special Litigation Counsel

U.S. Department of Justice
Civil Rights Division- Employment Litigation Section
Attorney for Plaintiff United States
Patrick Henry Building
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20539
Facsimile Number 202-514-1105

Harry Greenberg, Esq.
Attorney for the Police Benevolent Association of
Nassau County, Inc.
Greenberg Burzichelli Greenberg, P.C.
3000 Marcus Avenue, Suite 1W7
New Hyde Park, New York  11042-1007
Facsimile Number 516-570-4348