**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

May 18, 2022

Honorable Joanna Seybert
United States District Judge
United States District Court for the Eastern District of NY
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Nassau County, et. al.
                Case No.: 77 cv 1881

Dear Hon. Seybert:

     Nassau County respectfully requests that this Court grant an Order extending the time in within which the County may use the Nassau County Civil Service List No. 7001P for the Police Sergeant ("Current Sergeant List") for a period of one year or until a new list is established and certified, whichever comes first. The Current Sergeant list is set to expire on June 12, 2022.

     This is the County's first request for an extension of the Current Sergeant List. The County has provided notice of the County's intent to make this application to the United States Department of Justice, the Nassau County Superior Officers' Association ("SOA") and the Nassau County Police Benevolent Association of Nassau County, Inc.("PBA"). The USDOJ, SOA and PBA consent to the County's request.

     The Current Sergeant List was established on June 13, 2018. Pursuant to NY Civil Service Law §56 (2) the Current Sergeant List will expire on June 12, 2022.

     Nassau County has commenced to prepare a Civil Service examination that will meet the requirements of the consent decree. In addition to complying with the consent decree, the County must also comply with the Police Reform Act. The Police Reform Act requires the County to issue a formal request for proposal to prepare the civil service examination that the County may administer. Pursuant to the terms of the consent decree, after the exam is administered the examination results need to be reviewed and approved by the Department of Justice prior to it being certified by the Nassau County Civil Service Commission. This process will not be completed prior to the June 12, 2022 expiration date of the Current Sergeant List and may take at least one year to complete.

     The County believes that not having an active, current list from which to promote new

police sergeants would pose a threat to public safety.

       It is respectfully requested that this Court grant an order extending Nassau County Civil Service List No. 7001P for the Police Sergeant until the earlier of 1) June 12, 2023 or 2) until when a new list is certified whichever occurs first.

       The Court's consideration of this request is appreciated. A proposed Order is attached for Your Honor's consideration.

       Respectfully yours,

       *Susan Tokarski*

       Susan M. Tokarski,
       Deputy County Attorney
       (516) 571-3001
       stokarski@nassaucountyny.gov

Attachment

Cc: All counsel of record (via ECF)