

**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

November 21, 2024

Honorable Joanna Seybert
United States District Judge
United States District Court for the Eastern District of NY
100 Federal Plaza
Central Islip, New York 11722

    Re:    United States v. Nassau County, et. al.
                Case No.: 77 cv 1881

Dear Hon. Seybert:

Pursuant to the court order dated May 10, 2024 Nassau County respectfully submits this as a status report regarding the progress of the Nassau County Police Officer Exam and the Nassau County Police Sergeant Exam. The County has been working with the Department of Justice to ensure that both the Police Officer Exam and the Sargeant Exam are appropriate and fair to all candidates.

Nassau County administered the Civil Service examination for Police Officer on January 5, 2024. After the Department of Justice and County met and reviewed the exam results, the exam was scored. The Nassau County Civil Service Commission certified the exam results on November 18, 2024. As a new list for the Police Officer exam is now certified, the portion of the court order extending the Police Officer list has expired by its terms.

Nassau County administered the Civil Service examination for Police Sargeant on March 9, 2024. The Department of Justice and Nassau County have been meeting. The grading of the exam is being finalized. It is not anticipated that Police Sargeant exam list will be certified prior to the court ordered extended expiration date of December 12, 2024. After the County Attorney's Office confers with all union counsel, Nassau County and the Nassau County Civil Service Commission will be seeking another extension of the Police Sargeant List 7001P until February 1, 2025.

Respectfully yours,

Susan M. Tokarski,
Deputy County Attorney
 (516) 571-3001
stokarski@nassaucountyny.gov

cc: All counsel of record (via ECF)