

| BRUCE A. BLAKEMAN | | THOMAS A. ADAMS |
|---|---|---|
| County Executive | | County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

December 13, 2024

Honorable Joanna Seybert
United States District Judge
United States District Court for the Eastern District of NY
100 Federal Plaza
Central Islip, New York 11722

     Re:   United States v. Nassau County, et. al.
             Case No.: 77 cv 1881

Dear Hon. Seybert:

Pursuant to the court order dated November 25, 2024 the defendants respectfully submit this as a status report regarding the progress of the Nassau County Police Sergeant Exam. The County has been working with the Department of Justice to ensure that the Police Officer Sargeant Exam is fair to all candidates.

Nassau County administered the Civil Service examination for Police Sergeant on March 9, 2024. The scoring of the Police Sergeant exam has been finalized. The Civil Service Commission has certified the new list earlier today. As a new list for the Police Sgt. has been certified, the portion of the court order extending Police Sgt. List 7001P has expired by its terms.

Respectfully yours,

*Susan M. Tokarski*
Susan M. Tokarski,
Deputy County Attorney
(516) 571-3001
stokarski@nassaucountyny.gov

cc: All counsel of record (via ECF)