UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-against-                                                                                          77-CV-1881 (JS)

NASSAU COUNTY, et al.

Defendants.

----------------------------------------------------------x

## MOTION TO WITHDRAW

Attorney Taryn Wilgus Null moves to withdraw her appearance in this case. In support of this motion, she states as follows:

1. Ms. Null will no longer be employed by the U.S. Department of Justice after March 14, 2025.

2. The remaining attorney of record from the U.S. Department of Justice, Civil Rights Division will continue to represent Plaintiff United States in this matter.

**WHEREFORE**, Taryn Wilgus Null requests that the court grant this motion to withdraw her appearance in this matter.

Dated: March 14, 2025                                              ATTORNEY FOR PLAINTIFF UNITED STATES

*/s/ Taryn Wilgus Null*
TARYN WILGUS NULL, DC Bar #985724
*Senior Trial Attorney*
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, N.E., Room 9.143
Washington, DC 20530
Phone (cellular): (202) 532-3560
Facsimile: 202-514-1005
Taryn.Null@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify on this the 14th day of March 2025, that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.

                 */s/ Taryn Wilgus Null*
                 Taryn Wilgus Null
                 Senior Trial Attorney