UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-against- 77-CV-1881 (JS)

NASSAU COUNTY, et al.

Defendants.

-----------------------------------------------------------x

# NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for Plaintiff United States. I certify that I am an attorney appearing for the Department of Justice and thus do not require *pro hac vice* admission per Local Civil Rule 1.3(c).

Dated: Washington, D.C.

May 19, 2025                                  Respectfully submitted,

                                                   */s/ Robert L. Galbreath*
                                                   ROBERT L. GALBREATH, DC Bar # 460389
                                                   Senior Trial Attorney
                                                   U.S. Department of Justice
                                                   Civil Rights Division
                                                   Employment Litigation Section
                                                   150 M Street, N.E., Room 9.1140
                                                   Washington, DC 20530
                                                   Phone (cellular): (202) 532-5157
                                                   Facsimile: 202-514-1005
                                                   Robert.Galbreath@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this the 19th day of May 2025 that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.

                                                */s/ Robert L. Galbreath*
                                                Robert L. Galbreath
                                                Senior Trial Attorney