UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-against-                                                                                          77-CV-1881 (JS)

NASSAU COUNTY, et al.

Defendants.

----------------------------------------------------------x

## **MOTION TO WITHDRAW**

Attorney Clare Geller moves to withdraw her appearance in this case. In support of this motion, she states as follows:

1. Ms. Geller will no longer serve as an attorney for the U.S. Department of Justice after May 30, 2025.

2. The remaining attorney of record from the U.S. Department of Justice, Civil Rights Division, Robert Galbreath, will continue to represent Plaintiff United States in this matter.

**WHEREFORE**, Clare Geller requests that the court grant this motion to withdraw her appearance in this matter.

Dated: May 29, 2025                                      ATTORNEY FOR PLAINTIFF UNITED STATES

*/s/ Clare Geller*
CLARE GELLER, NY Registration No. 4087037
*Deputy Chief*
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, N.E., Room 9.1809
Washington, DC 20530
Phone (cellular): (202) 305-5254
Clare.Geller@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify on this the 29 day of May 2025, that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.


                */s/ Robert Galbreath*
                Robert Galbreath
                Senior Trial Attorney